```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 31511
   VICTOR L WARD
   EMILY WARD                                CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-1546    SSN XXX-XX-8206


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/25/2004 and was confirmed 11/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 04/16/2008.
------------------------------------------------------------------------------
                                                      INTEREST      PRINCIPAL
CREDITOR NAME                CLASS         CLAIM AMOUNT    PAID        PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG       .00            .00          .00
CARMAX AUTO FINANCE       SECURED         19575.00       1707.89     19575.00
CARMAX AUTO FINANCE       UNSECURED        4484.75           .00       448.48
MITSUBISHI MOTORS CREDIT  SECURED          8910.12        775.15      8910.12
MITSUBISHI MOTORS CREDIT  UNSECURED       NOT FILED          .00          .00
OCWEN LOAN SERVICING LLC  CURRENT MORTG       .00            .00          .00
OCWEN LOAN SERVICING LLC  MORTGAGE ARRE    4735.51           .00      4735.51
INTERNAL REVENUE SERVICE  UNSECURED        4866.45           .00       486.65
INTERNAL REVENUE SERVICE  PRIORITY        21230.22           .00     21230.22
ECMC                      UNSECURED        5716.88           .00       571.69
AMERICAN RECOVERY SERVIC  UNSECURED       NOT FILED          .00          .00
ASKOUNIS & BORST          NOTICE ONLY     NOT FILED          .00          .00
AT & T CONSUMER FINANCE   UNSECURED       NOT FILED          .00          .00
BUREAU OF COLLECTION REC  NOTICE ONLY     NOT FILED          .00          .00
BUREAU OF COLLECTION REC  NOTICE ONLY     NOT FILED          .00          .00
CAINE & WEINER CO INC     NOTICE ONLY     NOT FILED          .00          .00
CAPITAL ONE               UNSECURED       NOT FILED          .00          .00
CAPITAL ONE               UNSECURED       NOT FILED          .00          .00
DAVID WARGULA ESQ         NOTICE ONLY     NOT FILED          .00          .00
ECAST SETTLEMENT CORP     UNSECURED        6710.97           .00       671.10
ICE MOUNTAIN              UNSECURED       NOT FILED          .00          .00
MITCHELL N KAY            NOTICE ONLY     NOT FILED          .00          .00
LTD FINANCIAL SERVICES L  NOTICE ONLY     NOT FILED          .00          .00
MCI COMM SERVICES         UNSECURED       NOT FILED          .00          .00
NAFS                      NOTICE ONLY     NOT FILED          .00          .00
NATIONAL PEN CORP         UNSECURED       NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY     NOT FILED          .00          .00
NEBO SYSTEMS              UNSECURED       NOT FILED          .00          .00
PITNEY BOWES CREDIT CORP  UNSECURED        6057.78           .00       605.78
RESURGENT CAPITAL SERVIC  UNSECURED        1972.87           .00       197.29
QUILL                     UNSECURED       NOT FILED          .00          .00
RMCB COLLECTION AGENCY    NOTICE ONLY     NOT FILED          .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 31511 VICTOR L WARD & EMILY WARD
```

```
SAMS CLUB                  UNSECURED       NOT FILED             .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED        1971.41               .00           197.14
VOICESTREAM WIRELESS       UNSECURED       NOT FILED              .00              .00
CAPITAL ONE BANK           UNSECURED        1022.86               .00           102.29
VERIZON                    FILED LATE        320.15               .00              .00
ILLINOIS DEPT OF EMPL0YM   FILED LATE        229.00               .00              .00
ILLINOIS DEPT OF EMPL0YM   FILED LATE        150.00               .00              .00
LEGAL HELPERS PC           DEBTOR ATTY     1,800.00                          1,800.00
TOM VAUGHN                 TRUSTEE                                           3,719.31
DEBTOR REFUND              REFUND                                            1,250.49

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 66,984.11

PRIORITY                                      21,230.22
SECURED                                       33,220.63
    INTEREST                                   2,483.04
UNSECURED                                      3,280.42
ADMINISTRATIVE                                 1,800.00
TRUSTEE COMPENSATION                           3,719.31
DEBTOR REFUND                                  1,250.49
                        ---------------    ---------------
TOTALS                  66,984.11             66,984.11
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 07/29/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 31511 VICTOR L WARD & EMILY WARD